UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00792-FDW-SCR

| | |
|---|---|
| **BILLY TAYLOR,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **TEXMAC, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the Joint Motion for Settlement, (Doc. No. 14). Having carefully considered the motion and the record, including the settlement agreement filed under seal, (Doc. No. 15), the undersigned will GRANT the motion. Based on the record and the totality of the circumstances, the Court determines the terms of the settlement of this litigation are fair and reasonable, including the amount paid to Plaintiff.

**IT IS THEREFORE ORDERED** that the Motion, (Doc. No. 14), is GRANTED, and the Court hereby:

1. Approves the Settlement and Release Agreement entered into by the parties, adjudging its terms to be fair, reasonable, and adequate, and directs the parties to comply with the terms thereof;

2. Retains jurisdiction over this matter for the purpose of enforcement of the Settlement and Release Agreement; and

3. Subject only to the foregoing reservation, this action is otherwise DISMISSED WITH PREJUDICE, with no award of fees or costs to any party.

IT IS SO ORDERED.

Signed: June 3, 2024

Frank D. Whitney
United States District Judge